Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Romag Fasteners, Inc.  v. Fossil, Inc.

No. 14-1856 and 14-1857

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   Romag Fasteners, Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Jonathan M. Freiman
Law firm: WIGGIN AND DANA LLP
Address: One Century Tower, P.O. Box 1832
City, State and ZIP: New Haven, CT 06508-1832
Telephone: (203) 498-4400
Fax #: (203) 782-2889
E-mail address: jfreiman@wiggin.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 28, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/13/14
Date

_Signature of pro se or counsel_

cc: _____

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served, via first class U.S. Mail, postage prepaid, on this 14th day of October 2014, on the following:

Jeffrey E. Dupler
Gibney Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022

Lawrence Brocchini
Reavis Parent Lehrer LLP
41 Madison
41st Floor
New York, NY 10010

William J. Cass
Cantor Colburn LLP
20 Church Street
22nd Floor
Hartford, CT 06103

Tonia A. Sayour
Cooper & Dunham, LLP
30 Rockefeller Plaza
New York, NY 10112

Norman H. Zivin
Cooper & Dunham, LLP
Suite 2000
30 Rockefeller Plaza
New York, NY 10112

                                                                    Jonathan M. Freiman

22669/1/3150678.1