**14-1856 AND 14-1857**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ROMAG FASTENERS, INC.,

*Plaintiff-Appellant,*

V.

FOSSIL, INC., FOSSIL STORES I, INC., MACY'S, INC., MACY'S RETAIL HOLDINGS, INC., BELK, INC., THE BON-TON STORES, INC., THE BON-TON DEPARTMENT STORES, INC., DILLARD'S, INC., NORDSTROM, INC., ZAPPOS.COM, INC., ZAPPOS RETAIL, INC.,

*Defendants-Cross-Appellants.*

Appeals from the United States District Court for the District of Connecticut in case nos. 3:10-cv-01827 and 3:11-cv-00929, Judge Janet Bond Arterton

## APPELLANT ROMAG FASTENERS, INC.' S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. Rule 26(b), appellant Romag Fasteners, Inc. ("Romag") hereby moves for a 35-day extension of time, until January 5, 2015, to file its initial appellant's brief.

Romag's initial brief is currently due December 1, 2014.

No previous extensions have been sought by Romag in this case.

**Grounds for Extension**

The reasons for the extension are as follows. This is a complex case that proceeded in the District Court for nearly four years. The lengthy record includes ten days of trial transcripts and numerous Court orders and memoranda of decision. The undersigned counsel, Jonathan M. Freiman, who is lead appellate counsel, entered an appearance in the District Court for purposes of post-trial motions, but was not present at trial and did not argue any motions before the District Court. Counsel therefore requires additional time to familiarize himself with the record and the issues in this case.

In addition, counsel has a number of responsibilities in other cases during the preparation time in which Romag's initial brief is currently due. Counsel is preparing for oral argument in *J. Wm. Foley, Inc. v. The United Illuminating Company,* No. 36194 before the Connecticut Appellate Court and in *Artie's Auto Body, Inc. et al. v. The Hartford Fire Insurance Company,* No. 19219 before the Connecticut Supreme Court. Arguments in those cases are subject to assignment, respectively, during the Connecticut Appellate Court's Third Term (Nov. 12-21; Dec. 1-17, 2014) and during the Connecticut Supreme Court's Third Term (Dec. 1-12, 2014). In addition, counsel has filed a petition for an original writ that is now pending before the Missouri Supreme Court in *Missouri ex rel. Meecorp Capital Markets, LLC v. Carter* (Mo.) (filed Oct. 14, 2014). In short, good cause exists to

grant the 35-day extension requested because the record is extensive, and counsel needs additional time to prepare the brief in light of his responsibilities in other cases.

### Statement of Consent

Romag has advised counsel for Appellees that it is seeking this 35-day extension, which would make Romag's initial brief due January 5, 2015. On October 22, 2014, counsel for Appellees advised Romag that it consents to the proposed extension, and that it would not file a response to this motion. No parties object to Romag's proposed extension. Accordingly, Romag expects that no party will file a response to this Motion.

Based upon the foregoing showing of good cause and consent by all parties, Romag respectfully requests that the Court grant a 35-day extension of the due date for Romag's initial brief until January 5, 2015.

Dated: October 22, 2014               Respectfully submitted,

                                              PLAINTIFF
                                              ROMAG FASTENERS, INC.

                                By:   /s/ Jonathan M. Freiman
                                              Jonathan M. Freiman
                                              WIGGIN AND DANA LLP
                                              One Century Tower
                                              P.O. Box 1832
                                              New Haven, CT 06508-1832
                                              (203) 498-4400
                                              (203) 782-2889 (fax)
                                              jfreiman@wiggin.com

# **DECLARATION OF JONATHAN M. FREIMAN**

I, Jonathan M. Freiman, do hereby declare:

1.  I am a partner in the law firm of Wiggin and Dana LLP, counsel of record for Appellant Romag Fasteners, Inc. ("Romag") in the above-captioned case. I make this Declaration in support of Appellant Romag Fasteners, Inc.'s Unopposed Motion to Extend Time to File Appellant's Brief. I have personal knowledge of the matters set forth herein and if called and sworn as a witness, I could testify competently thereon.

2.  I am lead appellate counsel on this case and request additional time to prepare Romag's initial brief.

3.  Romag's initial brief is currently due on December 1, 2014. Romag seeks a 35-day extension extending the due date to January 5, 2015. Romag has not previously sought an extension in this case.

4.  The lengthy record in this case includes ten days of trial transcripts and numerous Court orders and memoranda of decision. I was not present at trial and did not argue any motions before the District Court. I therefore require additional time to familiarize myself with the record and the issues in this case.

5.  In addition, I have a number of responsibilities in other cases around the time the time that Romag's initial brief is currently due. I am preparing for oral argument in *J. Wm. Foley, Inc. v. The United Illuminating Company,* No. 36194

before the Connecticut Appellate Court and in *Artie's Auto Body, Inc. et al. v. The Hartford Fire Insurance Company,* No. 19219 before the Connecticut Supreme Court. Arguments in those cases are subject to assignment, respectively, during the Connecticut Appellate Court's Third Term (Nov. 12-21; Dec. 1-17, 2014) and during the Connecticut Supreme Court's Third Term (Dec. 1-12, 2014). In addition, I have filed an original petition that is pending before the Missouri Supreme Court in *Missouri ex rel. Meecorp Capital Markets, LLC v. Carter* (Mo.) (filed Oct. 14, 2014).

6. I contacted counsel for Appellees and informed them that Romag would seek an extension of time to file its initial brief. Counsel for Appellees advised on October 22, 2014 that they had no objection to a 35-day extension, and that they would not file a response to Romag's motion seeking the extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of October, 2014, New Haven, Connecticut.

/s/ Jonathan M. Freiman  
Jonathan M. Freiman

## **CERTIFICATE OF INTEREST**

Counsel for Appellant Romag Fasteners, Inc. certifies the following:

1. The full name of every party represented by us is: Romag Fasteners, Inc.

2. The name of the real party in interest represented by us is: not applicable.

3. All parent corporations and any publicly held companies that own ten percent or more of the stock of the party represented by us are: none.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this court are: <u>Law firms</u>: Brenner, Saltzman & Wallman LLP; Cooper & Dunham, LLP-NY; Wiggin and Dana LLP; <u>Attorneys</u>: David R. Schaefer, Brian P. Daniels, Sean M. Fisher, Norman H. Zivin, Tonia A Sayour, Adam Farbiarz, Jonathan M. Freiman.

Dated: October 22, 2014

By: /s/ Jonathan M. Freiman
Jonathan M. Freiman
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)
jfreiman@wiggin.com

## **CERTIFICATE OF SERVICE**

I, Jonathan M. Freiman, certify that I served a copy of the foregoing Appellant Romag Fastners, Inc.'s Unopposed Motion to Extend Time to File Appellant's Brief, Declaration of Jonathan M. Freiman and Certificate of Interest on counsel of record on October 22, 2014 by filing the same with the Clerk of the Court using the CM/ECF system, which will serve via the CM/ECF system such filing on all counsel of record.

Dated: October 22, 2014

                                                    /s/ Jonathan M. Freiman
                                                  Jonathan M. Freiman

22669/1/3151487.2